## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**OLGA DROZDOVA**,

                    Plaintiff**,**

**v.**

**80SDESIGN, et al.**

                    Defendants.

Case No. 2:25-cv-656

<u>**FILED UNDER SEAL**</u>

## <u>TEMPORARY RESTRAINING ORDER</u>

Plaintiff Olga Drozdova ("Plaintiff") filed an *Ex Parte* Motion for Entry of: 1) a Temporary Restraining Order; 2) an order restraining assets related to the Defendants' Seller IDs; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the fully interactive, e-commerce stores operating under the seller alias IDs identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Seller IDs"). The Court has considered the Motion, the evidence in the record, and the applicable law.

Plaintiff has obtained evidence clearly demonstrating that Defendants are using without authorization, Plaintiff's copyrighted digital artwork (the "Copyrighted Work"), while promoting, selling, offering for sale, and distributing products bearing the misappropriated design in a willful attempt to pass off their products as being authorized by Plaintiff. Defendants' sale, distribution and advertising of their products are highly likely to cause consumers to believe that Defendants are offering an authorized product when in fact they are not. Defendants accomplish their illegal

1

sales through the use of at least one of the Internet based e-commerce stores operated by at least one of the on-line marketplace websites such as Amazon.com, Temu.com, Walmart.com, and others (the "Third Party Platforms").

Based on this evidence, Plaintiff's Complaint alleges claims for federal copyright infringement pursuant to 17 U.S.C. § 501(a) and violation of the Digital Millennium Copyright Act (DMCA) under 17 U.S. Code § 1201 (a)(1) and § 1202 (b).

## FACTUAL FINDINGS & CONCLUSION OF LAW

1.      Plaintiff, Olga Drozdova, is likely to prevail on her copyright infringement and DMCA claims at trial.

2.      Plaintiff created the Copyrighted Work and registered it with the United States Copyright Office on March 19, 2025. Plaintiff is the sole owner of the Copyrighted Work, which she uses to market and sell her products. The Copyrighted Work is essential to Plaintiff's business.

3.      Defendants, by operating Internet based e-commerce stores, and fully interactive commercial Internet websites operating under Defendants' respective seller identities set forth on the Schedule "A" hereto (the "Seller IDs"), have advertised, promoted, sold, and offered for sale goods featuring, displaying, and/or using Plaintiff's Copyrighted Work without authorization. Plaintiff has determined that none of the Defendants have the necessary rights or license to use the Copyrighted Work to sell the listings shown in Exhibit 2 to Plaintiff's Complaint.

4.      Through the Third-Party Platforms, Plaintiff accessed all of the e-commerce stores operating under Defendants' Seller IDs and captured the Defendants' listings at issue on the e-commerce stores to confirm that each Defendant is featuring, displaying, and/or using the Copyrighted Work without authorization and the products that each Defendant is offering for sale are not genuine products.

5.     Plaintiff has a strong probability of proving at trial that Defendants' advertisement, promotion, sale, offer for sale, or distribution of products with unauthorized and unlicensed uses of Plaintiff's Copyrighted Work causes Plaintiff irreparable harm and harm to the consuming public, in violation of 17 U.S.C. § 501(a), 17 U.S.C. § 1201 (a)(1), and 17 U.S.C. § 1202 (b).

6.     Plaintiff and consumers are likely to suffer immediate and irreparable losses, damages and injuries before Defendants can be heard in opposition, unless Plaintiff's Motion for ex parte relief is granted. There is good cause to believe that the unauthorized and unlicensed use of Plaintiff's Copyrighted Work will continue in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of the products so advertised; and that Plaintiff may suffer loss of sales for her genuine products and an unnatural erosion of the legitimate marketplace in which she operates. There is also good cause to believe that if Plaintiff proceeds on notice to Defendants of this Motion, Defendants can easily and quickly change the ownership or modify e-commerce store account data and content, change payment accounts, redirect consumer traffic to other seller identification names, and transfer assets and ownership of Seller IDs, thereby thwarting Plaintiff's ability to obtain meaningful relief. As other courts have recognized, proceedings against those who deliberately traffic in infringing merchandise are often useless if notice is given to the adverse party.

7.     The balance of potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a temporary restraining order is issued is far outweighed by the harm to Plaintiff, her reputation, and goodwill and the significant harm to Plaintiff's business for which there is no adequate remedy because sales of products associated with the Copyrighted Work is the core of Plaintiff's business.

3

8.    The public interest favors issuance of the temporary restraining order in order to protect Plaintiff's interests and protect the public from being injured, deceived and defrauded by the passing off of Defendants substandard goods as being authorized by Plaintiff.

9.    Under Pennsylvania law this Court may issue a prejudgment asset restraint where Plaintiff's complaint asserts a claim for money damages. [1] This Court also has the inherent authority to issue a prejudgment asset restraint when Plaintiff's complaint seeks relief in equity. According to the Copyright Act, 17 U.S. Code § 504 and Digital Millennium Copyright Act (DMCA) under 17 U.S. Code § 1201 (a)(1) and § 1202 (b), Plaintiff seeks, among other relief, that Defendants account for and pay to Plaintiff her actual damages and all profits realized by Defendants or statutory damages, by reason of Defendants' unlawful acts. Therefore, this Court has the authority to grant Plaintiff's request for a prejudgment asset freeze to preserve the relief sought by Plaintiff and preserve the Defendants' ability to at least partially satisfy a judgment.

10.    Similarly, if Defendants are given notice of the Motion, they are likely to hide or move their ill-gotten funds to other unidentifiable or offshore bank accounts or otherwise make inaccessible to Plaintiff the records and documents relating to Defendants' illegal and infringing activities. Therefore, Plaintiff has good cause to be granted expedited discovery.

## ORDER

Based on the foregoing findings of fact and conslusions of law, Plaintiff's Motion is hereby **GRANTED** as follows (the "Order"):

---

[1] Under Pennsylvania law, pre-judgment restraints are permitted as against all defendants. *Walter v. Stacey*, 837 A.2d 1205 (Pa. Super. 2003) (injunction entered restraining assets in action seeking damages for a wrongful death); *Hoxworth v. Blinder, Robinson & Co., Inc.*, 903 F.2d 186 (3d Cir. 1990) (affirming injunction entered restraining assets in class action lawsuit). Pre-judgment restraints are appropriate against these U.S. sellers under *Walter* and *Hoxworth*. *See also*, *Broadway v. Colorflowers, et al.,* 22-cv-510-JNR (W.D. Pa., filed April 12, 2022).

**Temporary Restraining Order**

IT IS HEREBY ORDERED, as sufficient cause has been shown, that each Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert or participation with them be temporarily enjoined and restrained from:

a.  using the Copyrighted Work or any reproductions, derivative works based upon the Copyrighted Work, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with the Copyrighted Work;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff's product or any other product authorized by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale in connection with Plaintiff's Copyrighted Work;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which includes any of Plaintiff's copyrighted works, including the Plaintiff's Copyrighted Work, or any reproductions, counterfeit copies, or colorable imitations.

2.      Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.      Upon Plaintiff's request, those with notice of this Order, including any online marketplace platforms such as Amazon, Walmart, and Temu (collectively, the "Third Party Providers"), shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Plaintiff's Copyrighted Work or any reproductions, infringing and unauthorized copies, or colorable imitations thereof.

4.      Any Third Party Providers, including PayPal, Walmart, Amazon, and Temu shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

5.      This Order shall apply to the Seller IDs, associated online marketplace accounts, and any other seller identification names, or other seller alias, Third Party Providers or other financial accounts which are being used by Defendants for the purpose of infringing the Plaintiff's' Copyrighted Work.

6.      This Order shall remain in effect until the date for the hearing to show cause why a preliminary injunction should not be issued as set forth below, or until such further dates as set by the Court or stipulated by the parties.

IT IS HEREBY ORDERED, as the Plaintiff has established that the following work as pictured below is the subject of Plaintiff's federally registered copyright;

| Registration Number | Copyrighted Image |
|---|---|
| VA 2-438-250 |  |

consequently, sufficient cause has been shown that, upon Plaintiff's request, within no later than five (5) calendar days of Plaintiff's request: all online marketplaces, including but not limited to Amazon.com, Walmart.com, and Temu.com, shall upon receipt of this Order, suspend, block, tombstone, and/or delete any and any product listings identified by the Plaintiff as either identical or substantially similar, to Plaintiff's butterfly design, whether sold by the Defendant or other persons or entities.

**Expedited Discovery**

7.    Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, to which Defendants must answer in seven (7) calendar days, related to:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller IDs and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Seller IDs; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Amazon, Walmart, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

8.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Seller IDs, including, without limitation, any online marketplace platforms such as Amazon, Walmart, and Temu (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller IDs and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Seller IDs; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Amazon, Walmart, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

### Order to Show Cause Why a Preliminary Injunction Should Not Issue and Service of Order

9.   Defendants are hereby ORDERED to show cause before this Court in the United States District Court for the Western District of Pennsylvania, the U.S. Courthouse, **IN PERSON in Courtroom 9B** on the **29th  day of May at 10:00 a.m.** or at such other time that this Court deems appropriate, why a preliminary injunction, pursuant to FRCP 65(a), should not issue. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.**

10.     Opposing papers, if any, shall be filed electronically with the Court and served on Plaintiff's counsel by delivering electronic copies thereof to the office of Whitewood Law PLLC at smu@whitewoodlaw.com before **May 20, 2025**. Plaintiff shall file any Reply papers on or before **May 23, 2025**.

11.     After Plaintiff's counsel has received confirmation from the Third Party Providers and financial institutions or otherwise, regarding the restraint of funds directed herein, Plaintiff shall serve copies of the Complaint, the Motion, this Order, and any Discovery on each Defendant via their corresponding email/online contact form provided on the Internet based e-commerce stores operating under the respective Seller IDs, or by providing a copy of this order by e-mail to the marketplace platform, which in turn notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiff shall post copies of the Complaint, Motion, this Order, any Discovery, and all other pleadings and documents filed in this action on a website designated by Plaintiff and shall provide the website address to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website designated by Plaintiff or by other means reasonably calculated to give notice which is permitted by the Court.

**Security Bond**

12.     IT IS FURTHER ORDERED that Plaintiff shall place security (corporate surety bond, cash, certified check, or attorney's check) in the amount of $5,000 with the Court, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.  **If security is cash, certified check, or attorney's check, the funds will be deposited into the Court's local Registry, where it will remain until**

**further order by the Court.**

**Summons**

13.    IT IS FURTHER ORDERED that the Clerk of the Court shall issue a single original summons in the name of "80SDESIGN and all other Defendants identified in the Complaint" that will apply to all Defendants.

DATED this 15th day of May, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand

The Honorable Christy Criswell Wiegand
United States District Judge

Cc:  Michael Mitchell, Esq.
     mmitchell@whitewoodlaw.com
     Abby Marie Neu, Esq.
     aneu@whitewoodlaw.com
     Keaton David Smith, Esq.
     ksmith@whitewoodlaw.com
     Shengmao Mu, Esq.
     smu@whitewoodlaw.com

# Schedule A

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 1 | 80SDESIGN | Amazon | A1ZJCQ52K6IY61 |
| 2 | ablink | Amazon | A21FX2HWWXOKTU |
| 3 | adornlife | Amazon | A24I7VUNARSTYP |
| 4 | Aidinar-NA | Amazon | A2L0IL4R71K3RF |
| 5 | AISENSI | Amazon | A1LKC8X95Q3IVP |
| 6 | ALAZA | Amazon | A8VWBNWPDDEUU |
| 7 | angleoo | Amazon | A6AQFTU9130ME |
| 8 | AoJWei Store | Amazon | A2K9B4J5UH7MM4 |
| 9 | AO-NINEONE | Amazon | A2WVFCGNXU13I9 |
| 10 | Artistic Curtain | Amazon | A2SDYCBECJJUBN |
| 11 | Aschar | Amazon | A321VELCHS8K5X |
| 12 | ASDFdoupengfei | Amazon | A35TZVTRIKL5GW |
| 13 | ATTX | Amazon | A2IZFX23I4HIU2 |
| 14 | Avalokitesvara Direct | Amazon | A2L6JAYL7ZY31D |
| 15 | Axjgxq | Amazon | A13UUJ6Y8XO000 |
| 16 | Axtzh | Amazon | A36EHQEX8T3NSH |
| 17 | AYQUAN | Amazon | A382BBNGJ3Y8TP |
| 18 | BAIHUISHOP | Amazon | A2KZH4CJF9RC2Y |
| 19 | BeLOL | Amazon | ADI5TKWFJPXPK |
| 20 | BENSHRHL | Amazon | A1L2Q934GT723W |
| 21 | Beoek | Amazon | A1SQHSO53SSFBU |
| 22 | Bestyi | Amazon | A3N6GDUN4V8CWD |
| 23 | BishanY | Amazon | A1V7R7O7RVJO4V |
| 24 | Blueangle | Amazon | A38UXBYR59P10B |
| 25 | BOBOPP | Amazon | A8B52UNMC6JQO |
| 26 | BOCHEERY | Amazon | AS5EROAYA06S3 |
| 27 | BooYeea | Amazon | A1LJQ9HKSPFV82 |
| 28 | BOVUGAC | Amazon | A39Z1HOOGHZKTF |
| 29 | Britime | Amazon | A3QTAY9QJM0NMY |
| 30 | CafeTime | Amazon | AYIP3EB0IKQ2X |
| 31 | Camille Donahue | Amazon | A3RFATH8X1G0C7 |
| 32 | Casouxuew | Amazon | A39SEWOPOSAR7I |
| 33 | Caweet | Amazon | AW2MJA955Y35G |
| 34 | ChaoYangYuanXiangShangMaoYouXianGongSi | Amazon | A2E73V6P0LECJ4 |
| 35 | Chayber | Amazon | A20QHVC9TPB09V |
| 36 | Chen heng feng | Amazon | AL6Z15QF0O9RY |
| 37 | ChengHaoKeJi | Amazon | A1CKV33MKJSPT9 |
| 38 | Chusheng | Amazon | ASF6C29SJ1C6V |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 39 | CHYYB325 | Amazon | A2DBHIJBY508HL |
| 40 | claudiass10 | Amazon | A2UJRKMT05NSSW |
| 41 | CLS-GLOBAL | Amazon | AHBVLOQHSJMD4 |
| 42 | CMNIM | Amazon | A32ZX37DY74JPU |
| 43 | Cnhashaw | Amazon | A17AP3Q68MWA02 |
| 44 | Coikll | Amazon | A1JK6ZHJCFM99V |
| 45 | COINPSHOP | Amazon | AIYBSUJCZE7DE |
| 46 | ColourLife | Amazon | A1JZ27KGWXFMY9 |
| 47 | crofyoung | Amazon | A2716SXF89JRE1 |
| 48 | cuiwenyan369 | Amazon | A11NZM52TQCUCH |
| 49 | CUTEBAGS-US | Amazon | A3PXJQRPJQUV01 |
| 50 | CZXW | Amazon | A2NXSRYSN468YR |
| 51 | DaFong | Amazon | A1LIXGPB76G5NS |
| 52 | dangruo | Amazon | A3IKGFL6BWKIC |
| 53 | danyanglanmuguangxueyanjingyouxiangon gsi | Amazon | A2WLP722VDDTCY |
| 54 | Dascloud | Amazon | A26YDZ7VFY5XL7 |
| 55 | dazhoushizhaojinnongyekejiyouxiangongsi | Amazon | AM7UOPSA7MJ |
| 56 | Decaistore | Amazon | A27EYB1650N1C0 |
| 57 | Deemch | Amazon | APA1M0A5X7VBV |
| 58 | Delerain | Amazon | A3T2NLH0VMKDAR |
| 59 | Dg-machangfangmaoyi | Amazon | A1I4M5HM6BN9CF |
| 60 | DIGTIA | Amazon | A2CLQZ740MA5PG |
| 61 | DingChengMoju | Amazon | A1MC55VWFJQPYJ |
| 62 | dingxingxianhongruanmaoyiyouxiangongsi | Amazon | A24XSIUYXDJWI7 |
| 63 | DingZang | Amazon | A7TER21FTQ9CG |
| 64 | DIYHOT | Amazon | ADJFUT83IIDD2 |
| 65 | DIYSTYLE | Amazon | A1OVN642X5YWBA |
| 66 | DNSHENG | Amazon | A1OYZMPHZYOR95 |
| 67 | DODO CREATE US | Amazon | AAZLB4UDE6BQH |
| 68 | dongguanshiyingqianfuzhuangyouxiangong si | Amazon | AJ15XVUXBR75C |
| 69 | Doterii | Amazon | A3QZ33KGYPPUV6 |
| 70 | Drawstring Bags Shop | Amazon | A29KZKAYVEUR1E |
| 71 | Dushuame | Amazon | A3JFISNQ35798A |
| 72 | duyouhaiyangkeji | Amazon | A2CWN7PFVRASU4 |
| 73 | DWADW | Amazon | A13FL3KULSZRP8 |
| 74 | DWay Technology Limited | Amazon | A19Z1KI6COX675 |
| 75 | dweobolufz | Amazon | A285NS5OPSBFGK |
| 76 | dwjid | Amazon | A30IE5S0RMB1DU |
| 77 | EchoMalllyz | Amazon | A1JXQTKXGEQSTH |
| 78 | EINKI | Amazon | A1FLU9SFEG4EH |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 79 | Elpwezua | Amazon | A3T6BGFVHB6VXQ |
| 80 | Fakifak | Amazon | A3MKGD5DJ9CLHY |
| 81 | FANERTE | Amazon | A24JTG4WNHL2N3 |
| 82 | fanxiangjiangbeimei | Amazon | A2LEBU6307ULSA |
| 83 | FastSun | Amazon | AZC4IJOH8H0HC |
| 84 | Fideen | Amazon | A2JO8G1NW40LTM |
| 85 | FINOWIN Boutique | Amazon | A13BJL17QBJU9P |
| 86 | FLildon | Amazon | A22MPCBUU4CGY7 |
| 87 | Flyup Trade | Amazon | A27IPG62VOOSF0 |
| 88 | Fopica Laundry Bag | Amazon | A3J3LGVT9KL0AU |
| 89 | FreeinWild | Amazon | A4M16Z9I4PR3 |
| 90 | fshengbing | Amazon | A4B2FKWFGVTHC |
| 91 | FuJinHui1998 | Amazon | A35U4ZQZFHSLGO |
| 92 | FunHomie | Amazon | A1RZJ8P86UO5QK |
| 93 | gaitianyuangaiya | Amazon | A13DZA8ZP84CM0 |
| 94 | GangTe Design | Amazon | A3MLF97QYLPU01 |
| 95 | GdrJahh | Amazon | A2FIWWO0IC197T |
| 96 | GiantThink | Amazon | A19XQASJJ2GOQV |
| 97 | GKCLOCK | Amazon | A8ITH5EUI1KEG |
| 98 | GLAMFLAPIN | Amazon | A1HOYZOXSF5PJT |
| 99 | GOKU Store | Amazon | A2BV6T00930YZB |
| 100 | GOODFT | Amazon | A28UVQBU1KUQD6 |
| 101 | GuangshuishiYingshanjiaxiudianzishangwu zhongxin | Amazon | A317YOUAU57TWR |
| 102 | Guangzhou Weifuda Trading Co., Ltd. | Amazon | AGOIWHFDDP989 |
| 103 | guangzhougaonianshangmaoyouxiangongsi | Amazon | A3QWC4M6P1KEHX |
| 104 | guangzhoushantaoshangmaoyouxiangongsi | Amazon | AUVJWH3BQGHJY |
| 105 | guangzhoushundanshangmaoshanghang gerenduzi | Amazon | APX7YS2ZMTT66 |
| 106 | GuangZhouZhaoWenShangMaoYouXianG ongSi | Amazon | AU54HXM27YEGX |
| 107 | guowenjun666 | Amazon | A2VWQ6Z4PS2V3Q |
| 108 | Gylint | Amazon | A1U40MD03XU24Q |
| 109 | HaiChiKang | Amazon | A2SM9IO348SWBB |
| 110 | HAIHUI US | Amazon | A3QLN3QH25B2W7 |
| 111 | Hanchuan City Lijie Daily Necessities Store | Amazon | AFVJZP6OHHKBD |
| 112 | Hand Towels Store | Amazon | A15Q3LFTK9MO1Y |
| 113 | Harbnbanniziairaigcld | Amazon | A2IUVA0GD7XTUI |
| 114 | HeavenSong | Amazon | A1F3IQ5I964EVF |
| 115 | hefeihuilushudianzishangwuyouxiangongsi | Amazon | A3VYA6H50IT1IS |
| 116 | hefeiyaqiyunshuyouxiangongsi | Amazon | A3GU8191ZZTYAP |
| 117 | heyuanzhangmaifuzhuang | Amazon | A377AZQFIOWAJC |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 118 | Hisanyran | Amazon | A2Y5S05G11TOJ8 |
| 119 | HKIjuxiaoxia | Amazon | A3CM5XQQF9C5G9 |
| 120 | hldfc | Amazon | A3NVU1MP4HEFZT |
| 121 | hlgff | Amazon | A26P9PCUL81BTC |
| 122 | Hljlj-US | Amazon | A1E5BNWCU8HDW8 |
| 123 | holeanaimo | Amazon | A1PDCQOO3J5RMB |
| 124 | Home Products-US | Amazon | A3LKOHHKFBOP6X |
| 125 | HomeTrading-US | Amazon | A2YEA4OLY4DSBA |
| 126 | hongchaodong | Amazon | AEYNOUZG82GDL |
| 127 | hongtao-1 | Amazon | A33O1DC76V6LY8 |
| 128 | HOUDECOR | Amazon | A2SKICJG58TPLT |
| 129 | Hrozino | Amazon | A182HR5Y7YCA6O |
| 130 | Huafish | Amazon | A37FSRXL9KMAE4 |
| 131 | Huang store | Amazon | A3EXVO8HHD6SI3 |
| 132 | huanglingzhu002 | Amazon | A2HSQ98TNW9ISS |
| 133 | huangqile | Amazon | A2JGWH1RNJ5T4P |
| 134 | Huangwujun01 | Amazon | A3RQT0VVR3PBEH |
| 135 | huizuqubaipinjiubaihuodian | Amazon | A2B2LWP19QN01H |
| 136 | hulibin | Amazon | A1UA0MYX6U6L59 |
| 137 | Hun Zi King | Amazon | ASDMD3SDO5IKD |
| 138 | Hungeen | Amazon | A19D44K1ZG2ZTN |
| 139 | HUXINO | Amazon | A2A6XPVZDT08FK |
| 140 | IADOU | Amazon | ALPMPSC75DBY2 |
| 141 | ihshop | Amazon | A2PUR4TZ59ECG1 |
| 142 | Invinch | Amazon | A9WFPRB8K1Q43 |
| 143 | JALLY | Amazon | A8T93KND6I2FV |
| 144 | JDDRUS | Amazon | A20T1XXBXMD40N |
| 145 | JHhkfujiawen | Amazon | AES88QBKKJB3Y |
| 146 | JiACheng | Amazon | A3COOJ61AVYHXV |
| 147 | jiayouwuhan | Amazon | A3REFH17EFVF3A |
| 148 | Jieying | Amazon | A1A9UARHB6YBFS |
| 149 | Jihqo | Amazon | A3GUIQZAYQZ60O |
| 150 | jilinshengkaifafashangmaodiangerenduzi | Amazon | A16SNONRHSOOK6 |
| 151 | JingXCYT | Amazon | AVXNUDNM56MDQ |
| 152 | Jinmdz | Amazon | A3V3SC0EC7XAXS |
| 153 | JinNaA | Amazon | ACYI0QEVO2VCU |
| 154 | jinrushuang | Amazon | A3MNGC39E6ELKK |
| 155 | JKhandy | Amazon | A2JXW3JOU9EFYW |
| 156 | jmcsy | Amazon | A3CP7MEBPZ3BEX |
| 157 | Jmfcy | Amazon | A3UD2XK0FJ6F41 |
| 158 | Jmjhy | Amazon | A22O01RAM0E7P1 |
| 159 | JNX store | Amazon | AUQWFA7G7PQZE |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 160 | JOYSAY | Amazon | A3GWSO1XMF4BMM |
| 161 | JShanBH | Amazon | AWDQF8PJJV9P |
| 162 | JuanShang | Amazon | A2Z44XY5LXVIVH |
| 163 | Jueeco | Amazon | A1C26MJ3Y27BMA |
| 164 | juguangfushi | Amazon | A1531Q11M0T152 |
| 165 | Jumou | Amazon | A3KFV5109BDDMP |
| 166 | JYHYQ | Amazon | A6EWLRJUYR23G |
| 167 | JYSY Inc | Amazon | A14AB6F1XSUQXH |
| 168 | Kaariok | Amazon | A3GGXWI7L5HHAH |
| 169 | Kagedabu | Amazon | A1G0Q4LDWPE69M |
| 170 | KaiyangStorage | Amazon | A2GYNNFFYOOOEH |
| 171 | KEEPREAL | Amazon | A1TR2J0A9AEHA8 |
| 172 | KENADVI-STORE | Amazon | A1KVLU8YJUHH4 |
| 173 | kengsuishangmaoyouxiangongsi | Amazon | A3GPB03AVPRYD2 |
| 174 | kingpan | Amazon | A23EUKZGL7S7LI |
| 175 | KJIZMO | Amazon | A60AARLO310AM |
| 176 | KOCOART | Amazon | A3UMQ0Y5RARC0U |
| 177 | Ksionmingse | Amazon | A3B5SFOI9H78YZ |
| 178 | Kurtect | Amazon | A2TRAFJ0NF50RU |
| 179 | KUWT | Amazon | A1Y8LVJPNZ6WQO |
| 180 | Laidehusat | Amazon | A2VHLSKYER2AQX |
| 181 | Lancerry | Amazon | A1W248TLDDNC9J |
| 182 | LanKen | Amazon | A3RU86RBWBTTTY |
| 183 | LAnNuo | Amazon | A2YLTE9N6JC4IV |
| 184 | LECHOVV Fashion | Amazon | ATVSL1XG5WFUY |
| 185 | LF1997 | Amazon | A3UXFPO3QKI5S2 |
| 186 | lha2022 | Amazon | A1BL6OJ1JSA0HM |
| 187 | lianghongbing12 | Amazon | A8M3XI71HE1I3 |
| 188 | LINMEIZHEN | Amazon | A19G9HAHX4FICJ |
| 189 | Liooker | Amazon | A11EN935X1J9RW |
| 190 | LIUlinlin | Amazon | ANWRQ6295V1N |
| 191 | LiuXiao587 | Amazon | A23T2T13AOLODO |
| 192 | LiYongQiangRiYongPinYouXianGongSi | Amazon | A26ZHY80YZGUIE |
| 193 | LLRline | Amazon | A1OF7UT5F8S59K |
| 194 | Llylumty | Amazon | A2W4DCLQ6E1KC3 |
| 195 | LMLFT | Amazon | ARTGX9QU48G4O |
| 196 | LNINXUU | Amazon | A31WO4KVUB3GGR |
| 197 | longxiang0801 | Amazon | A2WMM5Y1KYB69R |
| 198 | lookenia | Amazon | ANW6O82AMX4V5 |
| 199 | LOSJXH | Amazon | AUQT46YLG19NF |
| 200 | Lotupokon | Amazon | A3O3XRNVVWRIO |
| 201 | LoveTaoTao | Amazon | A16LAF3YRECBX3 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 202 | luanguo | Amazon | A1NE4EMV7LX3XG |
| 203 | Luggage Tag1 | Amazon | A3UFQRUKICJXI3 |
| 204 | lxooo | Amazon | AXWZGT815E69C |
| 205 | LZMVTAF | Amazon | A3SO9ODOFSAQLE |
| 206 | Machaut | Amazon | A11S62801DC45J |
| 207 | MAKIEE | Amazon | A1R52N6EZFTMAG |
| 208 | MaMaDeAAi | Amazon | A2VP9FXKRMQ7CC |
| 209 | Manlian Limited Company | Amazon | A9PVU3J0P18QX |
| 210 | maosuguoji | Amazon | A3I0XONC0FUZM7 |
| 211 | meiyazhen | Amazon | A307MZQS4464AX |
| 212 | menghaiyan01 | Amazon | A1M0SB8LBU8T4K |
| 213 | MiaoShuMengcw | Amazon | A3LFMWO4V8TEVF |
| 214 | mingletongshangmao | Amazon | A3FAZ3HJ1KTPTU |
| 215 | mingxuanjingmi | Amazon | A34YBD588W0GXC |
| 216 | Minlong E-commerce Center | Amazon | AG9W190GRDL02 |
| 217 | MJINBD6 | Amazon | A3TNHQZ9X9PD51 |
| 218 | MoslionDirect | Amazon | AZ0H52ROK2RYH |
| 219 | mrmian | Amazon | AL8LNPGHV0MA3 |
| 220 | MRTLLOA | Amazon | A1NU8AUK6ANV1E |
| 221 | Msauto | Amazon | AKFH36999QIO5 |
| 222 | muishibaby | Amazon | A1X05HUIWFCTJI |
| 223 | MYS QiQi | Amazon | A382WPZHBUKU97 |
| 224 | Nangou | Amazon | A1GHU7XHRAOQ0C |
| 225 | Nazhqawu | Amazon | A2E6HXLK991G9V |
| 226 | NERTNUYT | Amazon | A3HZCZHE6W174K |
| 227 | Newshine | Amazon | A3LZ0YMCKEKRJ2 |
| 228 | NineHansen | Amazon | A2N0O3IO0YOKGQ |
| 229 | niutech | Amazon | A3S8EP3OT23321 |
| 230 | NJNT | Amazon | A16MF57KCXFFUP |
| 231 | NKBOT | Amazon | A29P896C9NBSSS |
| 232 | NTVOWPZO（US） | Amazon | A21RAKL5VH5DLF |
| 233 | Nugier | Amazon | A2BNTEGCDFW861 |
| 234 | Oicvrct | Amazon | A2VWNZKNE8CFK6 |
| 235 | Ollabaky | Amazon | A2LB5TNEIW4TE7 |
| 236 | ONEFOJOJO | Amazon | AUBXV3SMAI1HZ |
| 237 | ONEVENVI | Amazon | AREFL851NWE44 |
| 238 | OTVEE | Amazon | A2BANUIAAFTP3G |
| 239 | OURVII DIY U | Amazon | A3DAZKVS21UCDI |
| 240 | Oyisca | Amazon | A24I9SA2LJLXI3 |
| 241 | PigBoss | Amazon | AWKLZEBXTLIQP |
| 242 | Pimaodog | Amazon | A1A42W7V6GXH08 |
| 243 | pingluzhimindianzishangwuyouxiangongsi | Amazon | A19UGZH0V17Q0I |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 244 | PNYOIN | Amazon | A1OZG7SBEWL7NP |
| 245 | Poeticcity | Amazon | A3GJP3N2V0F5RS |
| 246 | POFATO BAG | Amazon | A4IFA7GIFQ1Z2 |
| 247 | POFATO FRAMES | Amazon | AMPUJE7IOECZZ |
| 248 | POUKE | Amazon | A15Q3CPYL8AXCM |
| 249 | putianshichengxiangquhaoyuxiaoshangmao youxiangongs | Amazon | A10B87ZPBAS40M |
| 250 | PYBUG | Amazon | A2E45MA96BHUBE |
| 251 | QeLen | Amazon | A212ZABY57KN2H |
| 252 | QianHou | Amazon | A3TAXWS0QBKIAL |
| 253 | qihaixiaodian1778 | Amazon | A3MYUIMJLEUYLJ |
| 254 | qikongshangmao | Amazon | A3L7XH5HRVDVTZ |
| 255 | qinheng002 | Amazon | A2YRV2WF69NLLU |
| 256 | qiranmaoyiyouxingongsi | Amazon | A1MGU53WIZWNA8 |
| 257 | quanzhoushilichengqukuabadianzishangwu Ltd | Amazon | A3BAV0ECYQ1RV5 |
| 258 | redorange | Amazon | A1C57KF15YKGLT |
| 259 | Riaour | Amazon | A3RBL8QJF5DKG1 |
| 260 | Ripeau | Amazon | A1TTTKO5PV9IB6 |
| 261 | Romans8:37 | Amazon | A1T5CR1KX98VZO |
| 262 | ROUBVFZQ | Amazon | A2IAV5DERVE5 |
| 263 | RUIDA SHOPWINDOW | Amazon | A5Q0N5ZZ2SSSE |
| 264 | Scarfrtcshop | Amazon | A3OIYKUZN9V9YQ |
| 265 | SDAQcaoyuzhou | Amazon | A2NA43AVPHNJ8F |
| 266 | Shanghai Hongni Trading Co., LTD | Amazon | A2A50P9YBS7E99 |
| 267 | shanghaijincanmaoyiyouxiangongsi | Amazon | A2AVW3T043F4KJ |
| 268 | shanxishasijinkejiyouxiangongsi | Amazon | A2EQ3G8Z7CB53G |
| 269 | shanxiyunlongdianzishangwuyouxiangongsi | Amazon | ACH4XOEB6BHSQ |
| 270 | Shaofeng Tech | Amazon | A3O7HBTJ23AGSL |
| 271 | SHAOSHAN-june | Amazon | A10LNCEMH4YQ9U |
| 272 | shen yang shi shen he qu gao guan bai huo mao yi d | Amazon | A1OUYKXCC9YL1O |
| 273 | Shenshan | Amazon | A2NO49EJZ38QZA |
| 274 | shenzhenshixindarongjiancaiyouxiangongsi | Amazon | A1X9JUZCC4A6KN |
| 275 | Shian Ti | Amazon | A2NB1I7XF9VYBO |
| 276 | SHIQZVZS | Amazon | A2NH9KDZD8THBC |
| 277 | Shuyu Store | Amazon | A2OE4CS1YOBG0Q |
| 278 | silichee shop | Amazon | A3LL8XB4POIJ3P |
| 279 | siyxyb | Amazon | A2XA02JOCSR02F |
| 280 | SlenyuBridal | Amazon | A2YDGEABUC6HIL |
| 281 | Sletend-Z | Amazon | A1LDXQWZISGG0U |
| 282 | Smooffly | Amazon | A3NF1BS3IGYATX |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 283 | Snowwicase | Amazon | A3D815RCI8OUPT |
| 284 | songsongabc | Amazon | A30JHYLT00J4XX |
| 285 | Soul Art Shop | Amazon | A14PEMD8D462JA |
| 286 | SSBHLE | Amazon | A7CAXOLASIG93 |
| 287 | stasup | Amazon | A2G6CZKTSD9KU0 |
| 288 | sunhaichuan01 | Amazon | A3LM6J3GXYTINR |
| 289 | sunnytech | Amazon | A7KR4YGV3TF12 |
| 290 | Sunshare | Amazon | A18MRSKAT1UC1X |
| 291 | TaiyuShop | Amazon | A1BXHSBH1P43V1 |
| 292 | ThreeTu | Amazon | A2U7W2PGXO9Y36 |
| 293 | tianjing002 | Amazon | A2LE3N8CVRBLPB |
| 294 | tiannai | Amazon | A3EDBG3PIWO2WW |
| 295 | TING YEAH | Amazon | A1U04T9NQY0O70 |
| 296 | Top Carpenter | Amazon | A1J78OHNSMIO55 |
| 297 | Topratesell | Amazon | A466PEDFQGAMG |
| 298 | Tushion | Amazon | A1GAXZ1CEUQT3V |
| 299 | Txinmin | Amazon | ADVPNTYOHQUYB |
| 300 | TZJ HOME | Amazon | A2QPUCFFODA6NK |
| 301 | Uconsion | Amazon | AZHE8N21KKO5U |
| 302 | UPONE | Amazon | AWC5709OW6J2U |
| 303 | UriahMall | Amazon | A3C73XIQQIFLXG |
| 304 | USA Essentials Store | Amazon | A115B0U2DREM2T |
| 305 | Use4 | Amazon | A2GHW5MSOTYW2 |
| 306 | VIGENCIA | Amazon | A3PD8D1B6LMXTS |
| 307 | VIGTRO | Amazon | AZ0LA67RZRDBX |
| 308 | VIKKO | Amazon | A10JWCN9KNNMJ3 |
| 309 | WANDERT | Amazon | A27S0STMVAT83Q |
| 310 | wangjingguangzhouwaitaishangmao | Amazon | A1X8K0VA196H3M |
| 311 | Wangpengfei01 | Amazon | AK0DR0FN6MDV8 |
| 312 | WANGWUQIANG888 | Amazon | A3LB1PGSU8QMTL |
| 313 | wangxianying01 | Amazon | A2PYKS8N36I9KM |
| 314 | wangxuee1 | Amazon | A32689597K682T |
| 315 | Wangyuyu | Amazon | A3A6FI7A9F3938 |
| 316 | wangzhao668 | Amazon | AHZIT28FCWO69 |
| 317 | Wangzhilin02 | Amazon | A1DRX29NFHHQUX |
| 318 | Watuequa | Amazon | A3UFQTDNOJ1VBC |
| 319 | weiji | Amazon | A34I2D415F8B0G |
| 320 | wenlinruiwangluokeji | Amazon | A31WIPKHPSH3GZ |
| 321 | WHBAG | Amazon | ASMVIWNF6G5VD |
| 322 | WMMDFY08 | Amazon | A6V72627FLAYT |
| 323 | wozo | Amazon | A3VA35HGSZO1ZP |
| 324 | WWeibbosite | Amazon | A1TKT95GGYHH3Q |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 325 | WXRR | Amazon | A2LD0VCKBXBC96 |
| 326 | xiamenshihuliqulianghuishuichanpinjingyingbu | Amazon | A1MZHI0PX7W8NU |
| 327 | Xiangzhong Co., LTD | Amazon | A1JAO64M8HTRW8 |
| 328 | Xiaoyu8888 | Amazon | A12VMWMYXM1JYI |
| 329 | XIBAODAN | Amazon | A135ATZDNV8LGC |
| 330 | XIJIA-UK | Amazon | A2R060FMQ4X0HE |
| 331 | ximoYYDS | Amazon | A1HSZ4118KS6CH |
| 332 | Xinglianda | Amazon | A1TF0TNOS2388F |
| 333 | XINHAICAIYANG | Amazon | A7A0UE9YR58C4 |
| 334 | XinLinGe | Amazon | A1OWVCHLTR6CIT |
| 335 | XinzechenDirect | Amazon | A194OXG1W9JLT0 |
| 336 | Xmyxyy | Amazon | AKQATOAJV8OKH |
| 337 | XPing | Amazon | A37MPP27DT0RYU |
| 338 | xuemeiliu1991 | Amazon | A11L0L6WPT7R70 |
| 339 | Yanan01 | Amazon | A26MWFLLSTL0FN |
| 340 | YANGJIJUN05 | Amazon | A2RQ610Y6GQBK8 |
| 341 | YAODINGHUI | Amazon | A162CR8K5M1P69 |
| 342 | YDHardin | Amazon | A304THQ7ERJVPO |
| 343 | yeliyingguangzhousiyushangmao | Amazon | AUCO2TUYBD1WJ |
| 344 | YGGQF | Amazon | A3ONIK7I6PDQ9B |
| 345 | YHUISENUS | Amazon | A335F0XNTAXZTQ |
| 346 | YiAngBH | Amazon | A3K9RB5EFRMOYC |
| 347 | Yiernuo | Amazon | A3GCR881PDB2LJ |
| 348 | Yinuoge | Amazon | A3J4OW5SWW29OF |
| 349 | yiyefa | Amazon | ART0PYR3AM8B |
| 350 | YKD Pet | Amazon | A2EDTULPLM0MN1 |
| 351 | YoYo Yu | Amazon | A1Z0O5YXCKQ28O |
| 352 | YUSHUN Store | Amazon | A2T788H6GI9GGT |
| 353 | Yuwouni | Amazon | A10B8F5MEC9SJK |
| 354 | yuyutiantiankaixin | Amazon | ALE35ER3NTP8Q |
| 355 | YZGO | Amazon | AQBFB56PY342C |
| 356 | Yzrwebo | Amazon | A2U9NPQNJLTNW4 |
| 357 | zanlin | Amazon | A2TALNQINX2WBI |
| 358 | zhangchaodong | Amazon | A58HBH72EJH5L |
| 359 | zhangguoxin01 | Amazon | A26OR5YRQ4Q67V |
| 360 | zhanghe01 | Amazon | A2Y08CD0C5B3DA |
| 361 | zhangxiaochuag | Amazon | A3ESK6B813RWZO |
| 362 | zhangxiaoqinstore | Amazon | A3KK238E0EDMCU |
| 363 | zhangzhuandeng756455 | Amazon | A3MHUL31FVJYRO |
| 364 | ZhanHuiWenJu | Amazon | AW7MP6QTRBGL9 |
| 365 | zhaochenmeibaihuodian | Amazon | A2264P8N1HCCD0 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 366 | zhasohaiyang | Amazon | A3GVRW6TV0P7G0 |
| 367 | ZHENBAOLAI | Amazon | A2K6BBAUU6POAR |
| 368 | zhengzhiqi2299 | Amazon | A37D69I15SUAG9 |
| 369 | Zhengzhou Yazuan Trading Co., Ltd | Amazon | AK3VZF3GGNNBI |
| 370 | zhijiangzuoxian | Amazon | AYECP0CWE94N2 |
| 371 | ZhiRain | Amazon | A3390TPXF4L2JT |
| 372 | ZHLJ1992-ING | Amazon | AE4KEGB8I7NPS |
| 373 | zhongjikeji | Amazon | A2DU10ATUAJGCH |
| 374 | zhongpeikeji | Amazon | A3C22VRP3T286M |
| 375 | ZhongYue | Amazon | A37FYLBBIHYM68 |
| 376 | zhoulongkejius | Amazon | A2A7EO92FGQYPM |
| 377 | zhusiyi123 | Amazon | A21DH04QI3O3PK |
| 378 | Zhyffcc | Amazon | A2EIGJNRP59YCA |
| 379 | ZKING | Amazon | AB0PNDZHFPU2Q |
| 380 | zldxd0068 | Amazon | A1Q8AUH8EA45XL |
| 381 | Zotfan | Amazon | AGKHEFJW0GTP9 |
| 382 | Zrycn Offical | Amazon | A3IRW07Q5AV0BB |
| 383 | zydiagxu | Amazon | A1WKUY4H68U7FC |
| 384 | 洪洞县诸倾科技有限公司 | Amazon | A3AK3XVJOQVZBQ |
| 385 | 相予商贸 | Amazon | A2QPXTD26DVICR |
| 386 | 青白江格辉商贸经营部 | Amazon | AHXY8X8S6OQVQ |
| 387 | A Home Fabric Decoration | Temu | 634418217649511 |
| 388 | A phone case MX | Temu | 634418220259827 |
| 389 | AMCCHaomaido Home Textiles | Temu | 634418219417502 |
| 390 | ArtEdge | Temu | 634418217440104 |
| 391 | Beautifulcase | Temu | 634418215602294 |
| 392 | Big Rooster home textiles | Temu | 820585526852 |
| 393 | Billy Da | Temu | 634418213365324 |
| 394 | BK Outfit | Temu | 635517732009639 |
| 395 | BKBFLYFEI | Temu | 634418221771353 |
| 396 | BLANKET GIFT FOR YOU | Temu | 634418218716270 |
| 397 | BlissCanvas | Temu | 634418217902506 |
| 398 | BlissfulNestShop | Temu | 634418219086953 |
| 399 | Boya Home Daily Integrity Life | Temu | 634418209599426 |
| 400 | brightggg | Temu | 634418215225279 |
| 401 | Bryce Home Textile custom | Temu | 634418217836972 |
| 402 | Cabaeldlispt | Temu | 634418218747659 |
| 403 | Casual Women | Temu | 634418213323245 |
| 404 | CC MX | Temu | 634418218873464 |
| 405 | Celestt | Temu | 634418219918475 |
| 406 | Cfchaowu | Temu | 634418218891704 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 407 | CHEN CASE | Temu | 634418209451286 |
| 408 | CoolVibe | Temu | 634418217307831 |
| 409 | Couture Line | Temu | 634418217878486 |
| 410 | Cozy Loom TXH | Temu | 634418219989876 |
| 411 | Cozy Mat House | Temu | 634418217955965 |
| 412 | Cozy Textiles | Temu | 634418218240495 |
| 413 | CraftedFits | Temu | 634418219815615 |
| 414 | CraftThreads | Temu | 634418218961725 |
| 415 | Curtain Magic | Temu | 634418217373272 |
| 416 | Custom TXH | Temu | 634418217366892 |
| 417 | Customized QYF Crystal | Temu | 634418217456933 |
| 418 | Daewar Home Decoration | Temu | 634418221327618 |
| 419 | Dalaran home textiles | Temu | 634418214739584 |
| 420 | Delicious Arts | Temu | 634418217335694 |
| 421 | Design Your Way | Temu | 634418218461883 |
| 422 | Dexia Textile | Temu | 634418211471260 |
| 423 | Ding jia bei Textiles | Temu | 634418211684881 |
| 424 | Dinora local | Temu | 634418215477066 |
| 425 | DITAN | Temu | 634418219723275 |
| 426 | Door Mat | Temu | 634418217308020 |
| 427 | Dream ten | Temu | 634418212351947 |
| 428 | DuskwhisperMint | Temu | 634418217735707 |
| 429 | EBOSHI | Temu | 634418210540666 |
| 430 | EcoCraftss | Temu | 634418220962099 |
| 431 | edemphonecase | Temu | 634418218738018 |
| 432 | Ephonecase | Temu | 634418212475119 |
| 433 | ERTREF SHOP | Temu | 635517732338622 |
| 434 | FabThreads | Temu | 634418219389258 |
| 435 | Family Years | Temu | 634418219052742 |
| 436 | FantasyHome Textiles | Temu | 634418218114803 |
| 437 | Farowu | Temu | 634418209409121 |
| 438 | Feelwela | Temu | 634418220753271 |
| 439 | Fengfeng Home Textile | Temu | 634418213778962 |
| 440 | Fire Power ss | Temu | 634418218691327 |
| 441 | flyinthecloud | Temu | 3157440693542 |
| 442 | GCCGGCHL | Temu | 634418218360986 |
| 443 | GiftedStitch Shop | Temu | 634418220004813 |
| 444 | GKUIJHAA | Temu | 634418219322377 |
| 445 | GLAM DISTRICT ONE | Temu | 634418219417590 |
| 446 | Glimmer Memories | Temu | 634418218325510 |
| 447 | Gongfuxiongmao | Temu | 634418217140937 |
| 448 | Good Aurora Boutique | Temu | 634418218754969 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 449 | Gorgeous Textile | Temu | 634418218654261 |
| 450 | GoStarlight | Temu | 634418214525218 |
| 451 | Gugo Mall | Temu | 634418213908180 |
| 452 | GZDONGQI | Temu | 5756333372448 |
| 453 | HaoChenxi home Textiles | Temu | 634418218553382 |
| 454 | Happy Movement | Temu | 634418218963480 |
| 455 | Happy Pillow | Temu | 634418219017775 |
| 456 | HARBOR CHIC | Temu | 634418218823292 |
| 457 | HARBOR CHIC TWO | Temu | 634418219443163 |
| 458 | Hello thank you for visiting | Temu | 634418212095386 |
| 459 | hicooy | Temu | 634418218908023 |
| 460 | HLJP | Temu | 634418215878805 |
| 461 | HLJP D | Temu | 634418217431199 |
| 462 | HLJP GCC | Temu | 634418216888153 |
| 463 | HLJP I | Temu | 634418218315596 |
| 464 | HLJP JJ | Temu | 634418218993547 |
| 465 | HLJPAA | Temu | 634418218510682 |
| 466 | HNXBQH | Temu | 634418220617243 |
| 467 | HNXBSH | Temu | 634418220523717 |
| 468 | Homemia | Temu | 634418213747442 |
| 469 | Hongtai Shop | Temu | 634418213313710 |
| 470 | Hssecury Synthesis | Temu | 634418212758357 |
| 471 | Huang MX | Temu | 634418218230942 |
| 472 | HXYMoon | Temu | 634418219280940 |
| 473 | Ideal Cup | Temu | 634418219994184 |
| 474 | Jane eyrel | Temu | 634418218199019 |
| 475 | Jiang Ke daily necessit | Temu | 634418214291526 |
| 476 | jiangtaofangzhi | Temu | 634418216237688 |
| 477 | JieRuiXing | Temu | 634418219126467 |
| 478 | Jiesi pad | Temu | 634418215459691 |
| 479 | Jinmeng Home Furnishings | Temu | 634418217237446 |
| 480 | JPHH | Temu | 634418217880894 |
| 481 | JPHZhdd | Temu | 634418215605251 |
| 482 | JPPTsunning | Temu | 634418214810601 |
| 483 | JPQZ | Temu | 634418216863104 |
| 484 | JPzhifei | Temu | 634418218545888 |
| 485 | JPZJ | Temu | 634418218487473 |
| 486 | Katrina | Temu | 6192239155548 |
| 487 | larioja | Temu | 634418214499013 |
| 488 | LHGJGSHU SHOP | Temu | 634418220138981 |
| 489 | LI AO Aquarius | Temu | 634418218460962 |
| 490 | LI AO Leo | Temu | 634418218461387 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 491 | Little Yellow Duck Life House local | Temu | 634418218778433 |
| 492 | Local Yongfeng farmhouse | Temu | 4840546771781 |
| 493 | lonely soy milk | Temu | 634418220289105 |
| 494 | Love customization love home | Temu | 634418219842018 |
| 495 | Love selling something | Temu | 634418220238504 |
| 496 | LTZB | Temu | 634418216671345 |
| 497 | LUCKFCLL CASE | Temu | 634418218539453 |
| 498 | Luckiness Mall | Temu | 634418218250067 |
| 499 | Lucky yuyang | Temu | 634418219950151 |
| 500 | Luxury Case Inn | Temu | 634418218822073 |
| 501 | LYjiafang | Temu | 4893945357198 |
| 502 | Magical Gardens | Temu | 634418219439995 |
| 503 | Marriott Shop | Temu | 634418220060765 |
| 504 | Mayybbachs | Temu | 634418210472465 |
| 505 | MEIDASM | Temu | 634418217522370 |
| 506 | Metal Tin Sign Club | Temu | 634418217308440 |
| 507 | Meteorite Shopping Center | Temu | 634418220764607 |
| 508 | MINANASHOP | Temu | 634418212341387 |
| 509 | MJIN | Temu | 634418214315769 |
| 510 | ML Merlot | Temu | 3119029067687 |
| 511 | ModaChic | Temu | 634418217209424 |
| 512 | ModernAestheticsDesignLab | Temu | 634418220182567 |
| 513 | Ms Jins cup shop | Temu | 634418209941693 |
| 514 | N593874'shop | Temu | 635517731491526 |
| 515 | OUFISUN Womens clothing | Temu | 634418211886463 |
| 516 | Oushun household supplies | Temu | 2585890562374 |
| 517 | Pasitin | Temu | 634418218927982 |
| 518 | PJM GS | Temu | 634418219392444 |
| 519 | PJM SQ | Temu | 634418218411698 |
| 520 | Print Factory | Temu | 634418214321729 |
| 521 | qinshisheng | Temu | 634418217682208 |
| 522 | Qishan Beautiful Express | Temu | 634418220186824 |
| 523 | qtuccy | Temu | 634418218685808 |
| 524 | RCFOUR | Temu | 634418221771463 |
| 525 | RCONEE | Temu | 634418221024031 |
| 526 | RFHBP local | Temu | 634418216297643 |
| 527 | Rockey Man | Temu | 634418213000378 |
| 528 | Run Senqi clothing firm | Temu | 634418212110887 |
| 529 | Ruyi Home Decoration Products | Temu | 634418216735636 |
| 530 | RZ headwears collection | Temu | 634418212784148 |
| 531 | SewnByYou | Temu | 634418219815505 |
| 532 | Siyi business | Temu | 634418214188657 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 533 | SluckyshopS | Temu | 634418215481360 |
| 534 | small cabin | Temu | 634418218441009 |
| 535 | SpecialArtistry | Temu | 634418217750775 |
| 536 | Sportseries | Temu | 634418214141556 |
| 537 | Style Haven TXH | Temu | 634418218562431 |
| 538 | Style Wings | Temu | 634418218242034 |
| 539 | SuHuo Eight | Temu | 634418219222904 |
| 540 | Sunny Day Life | Temu | 634418220237214 |
| 541 | Tapestories | Temu | 634418219759229 |
| 542 | Taurenmann Home | Temu | 634418210975672 |
| 543 | Tengxianghome | Temu | 634418216511026 |
| 544 | The edge of a hat | Temu | 634418218136976 |
| 545 | The Style Loft TXH | Temu | 634418218561633 |
| 546 | The world of pillows | Temu | 634418218523669 |
| 547 | TIKTONG | Temu | 634418216013355 |
| 548 | top four | Temu | 634418219317930 |
| 549 | TOPCredibility | Temu | 4816637343200 |
| 550 | TOYAR UMI local | Temu | 634418218569851 |
| 551 | Travelstudio | Temu | 634418217496790 |
| 552 | TrendSculpt | Temu | 634418217949546 |
| 553 | UrbanStitch | Temu | 634418218460458 |
| 554 | Wan Scorpio | Temu | 634418219725050 |
| 555 | wangfengweiC | Temu | 634418218822824 |
| 556 | wangfengweiP | Temu | 634418218823982 |
| 557 | wangfengweiR | Temu | 634418218824025 |
| 558 | WANZSM | Temu | 634418218330655 |
| 559 | Warm Whimsy TXH | Temu | 634418219045256 |
| 560 | Welcome to bag House | Temu | 634418212270195 |
| 561 | WH SHOP | Temu | 634418215989894 |
| 562 | WHL GOODS | Temu | 634418212101967 |
| 563 | wizard H | Temu | 634418213814384 |
| 564 | xavierdeng | Temu | 634418217905467 |
| 565 | XEDESIGN | Temu | 634418211450688 |
| 566 | XHSMNY | Temu | 634418220657745 |
| 567 | XI LING BAG | Temu | 634418215516966 |
| 568 | XIAOHUAZHENGZHI | Temu | 634418217703842 |
| 569 | xiaotuA | Temu | 634418219306824 |
| 570 | xiaotuB | Temu | 634418219327040 |
| 571 | Xin Bai home digital | Temu | 2427419207383 |
| 572 | Xinghexing Department | Temu | 634418220895787 |
| 573 | Xinxi boutique home textiles | Temu | 634418219013688 |
| 574 | Xiyang Textile | Temu | 634418214042212 |

| DOE # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 575 | xunlix | Temu | 634418221777980 |
| 576 | xxshaocongxx | Temu | 634418217944852 |
| 577 | Yang textile | Temu | 634418209629105 |
| 578 | Yanyun DIY | Temu | 634418220413526 |
| 579 | YDTXXH | Temu | 634418218889908 |
| 580 | Yisheng Home Life Museum | Temu | 277003237186 |
| 581 | YN Decoration | Temu | 634418216168662 |
| 582 | YONGKING | Temu | 634418214641763 |
| 583 | YQME | Temu | 634418212221388 |
| 584 | Yuanyi Home Textile | Temu | 634418218125995 |
| 585 | YUBOFANGZHIPIN | Temu | 634418211784437 |
| 586 | Yuhong Textile Factory | Temu | 634418216894027 |
| 587 | Yulifangzhi | Temu | 634418216500816 |
| 588 | ZHANGXIAOYUE | Temu | 634418220294557 |
| 589 | ZYFANGG | Temu | 634418215053473 |
| 590 | Artteal Decor Co.Ltd | Walmart | 101648725 |
| 591 | FengFire | Walmart | 101644338 |
| 592 | Hello.hi | Walmart | 102521095 |
| 593 | JDQZM store | Walmart | 101509101 |
| 594 | lunjixianmaoyi | Walmart | 101646632 |
| 595 | NICKSUN Store | Walmart | 101328925 |
| 596 | SPEKSEE Store | Walmart | 101654732 |
| 597 | WHB | Walmart | 102716277 |
| 598 | Yatadule | Walmart | 101335354 |
| 599 | Yi Yong Co., Ltd. | Walmart | 101666054 |
| 600 | YYing | Walmart | 101549206 |